[No. 8501-5-III.   Division Three.   May 24, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES MARVIN CALICOAT, *Appellant.*

Appeal from a judgment of the Superior Court for Stevens County, No. 86-1-00070-9, Fred L. Stewart, J., entered March 13, 1987. *Reversed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 8729-8-III.   Division Three.   May 24, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD MATTHEWS, *Appellant.*

Appeal from a judgment of the Superior Court for Ferry County, No. 7850, Larry M. Kristianson, J., entered July 7, 1987. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 8565-1-III.   Division Three.   May 24, 1988.]

*In the Matter of the Marriage of* ESTHER OLTHEA GOODWILL, *Respondent, and* GARY LEE GOODWILL, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 86-3-00640-3, Jo Anne Alumbaugh, J., entered April 23, 1987. *Reversed* by unpublished opinion per Thompson, J., concurred in by McInturff, C.J., and Munson, J.